

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

United States of America,  )
                                                        )    ORDER TO REDUCE
v.                                               )    TERM OF SUPERVISED RELEASE FOR
                                                       )    SUCCESSFUL COMPLETION
Andres Marquez,                        )    OF REENTRY COURT
                                                       )    (18 U.S.C. 3583(3)(1)
                          Defendant.    )
                                                       )    Docket Number: 0972 1:16CR00185-001

On January 9, 2018, the defendant was accepted as a participant in the Reentry Court Program. As of January 8, 2019, the defendant will successfully complete the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced, with a new termination date of January 8, 2019.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on November 1, 2017, is hereby reduced for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_1/4/19_                                                                  _/s/ Jennifer L. Thurston_
Date                                                                         The Honorable Jennifer L. Thurston
                                                                         U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced, with a new termination date of January 8, 2019.

_January 7, 2019_                                    _/s/ Lawrence J. O'Neill_
Date                                                                         Lawrence J. O'Neill
                                                                         Chief U.S. District Judge

cc:    Defendant
        Assistant United States Attorney: Ross Pearson
        Defense Counsel: Monica Bermudez
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office